# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

**U.S.A. vs. Kenneth Robert Spring**     Docket No. 5:00-CR-168-1F

## Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenneth Robert Spring, who, upon an earlier plea of guilty to Threatening to Murder Members of the Immediate Family of a Federal Law Enforcement Officer in violation of 18 U.S.C. § 115(a)(1)(A), Threatening to Murder a Federal Law Enforcement Officer in violation of 18 U.S.C. § 115 (A)(1)(B), and Threatening to Murder a United States Judge in violation of 18 U.S.C. § 115 (a)(1)(B), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 13, 2001, to the custody of the Bureau of Prisons for a term of 78 months. The case was appealed, remanded from the 4th Circuit, and the defendant was resentenced on February 18, 2003. He was ordered to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Kenneth Robert Spring is scheduled for release from custody on April 13, 2012, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Spring's case manager, T.J. Appleby, telephoned the probation office and reported that Mr. Spring has no residence available upon his release from custody on April 13, 2012. In an effort to provide short term housing and to assist with his transition back into society, we recommend that he be placed in a Residential Reentry Center to assist with this transition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision..

Kenneth Robert Spring
Docket No. 5:00-CR-168-1F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

    Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8674
Executed On: April 4, 2012

## ORDER OF COURT

Considered and ordered this 4th day of April, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge